**UNITED STATES BANKRUPTCY COURT**
NORTHERN   DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   CARLOS A. JOVE                        §   Case No. 13-01179
                                               §            Hon. CAROL A. DOYLE
                                               §            Chapter 7
                                               §
         Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 10/24/2013 in Courtroom 742, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/23/2013        By: Clerk U. S. Bankruptcy Court
                                   (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St.
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  CARLOS A. JOVE               §   Case No. 13-01179
                                     §   Hon. CAROL A. DOYLE
                                     §   Chapter 7
                                     §
         Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*         $8,946.90
*and approved disbursements of*              $0.00
*leaving a balance on hand of* [1]           $8,946.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE |  | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:       $0.00
Remaining balance:                           $8,946.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,644.69 | $0.00 | $1,644.69 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $6.12 | $0.00 | $6.12 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,* U.S. Bankruptcy Court

*Fees,* United States Trustee

  Other

    Total to be paid for chapter 7 administrative expenses: $1,650.81

    Remaining balance: $7,296.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for , Fees* | | | |
| *Attorney for , Expenses* | | | |
| *Accountant for , Fees* | | | |
| *Accountant for , Expenses* | | | |
| Other | | | |

    Total to be paid for prior chapter administrative expenses: $0.00

    Remaining balance: $7,296.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $7,296.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,266.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $40.52 | $0.00 | $20.72 |
| 2 | Sallie Mae | $14,226.17 | $0.00 | $7,275.37 |

Total to be paid for timely general unsecured claims: $7,296.09
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St. - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                             Case No. 13-01179-CAD
Carlos A Jove                                                      Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: dgomez                 Page 1 of 1              Date Rcvd: Sep 19, 2013
                               Form ID: pdf006              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2013.
db          +Carlos A Jove,    3731 North Milwaukee,    Chicago, IL 60641-3001
19909339    +ARS National Services Inc,    PO Box 463023,   Escondido, CA 92046-3023
19909338    +Advocate Medical Group,    21014 Network Place,    Chicago, IL 60673-1210
19909340    +Associated Receivable,    1058 Claussen Rd Ste 110,    Augusta, Ga 30907-0301
20500320    +Atlas Acquisitions LLC  (ShopNBC),    294 Union St.,    Hackensack, NJ 07601-4303
19909341    +Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
19909342    +CBCS,   PO Box 163250,    Columbus, OH 43216-3250
19909343    +CBE Group,    PO Box 2635,   Waterloo, IA 50704-2635
19909344    +Chela/sallie Mae,    PO Box 9500,   Wilkes Barre, PA 18773-9500
19909347    +Crd Prt Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
19909346     Crd Prt Asso,    Attn: Bankruptcy PO Box 802068,    Dallas, TX 75380
19909350    +EOS CCA,    PO Box 4139,   Norwell, MA 02061
19909354    +Osi Collect,    2509 S Stoughton Rd,    Madison, WI 53716-3314
19909355    +Peoples Gas,    Chicago, IL 60687-0001
19909356    +Saint Joseph College,    PO Box 889,    Rensselaer, IN 47978-0889
19909359    +Unifund CCR Partner,    c/o Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
19909361     Vw Credit Inc,    National Bankruptcy Services 9441 Lbj Fr,    Dallas, TX 75243
19909362    +Wheels of Chicago,    6229 N Westen Avenue,    Chicago, Illinois 60659-2817
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20429356    +E-mail/Text: bnc@atlasacq.com Sep 20 2013 00:38:43      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
19909349    +E-mail/Text: bknotice@erccollections.com Sep 20 2013 00:39:37      Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19909348    +E-mail/Text: bknotice@erccollections.com Sep 20 2013 00:39:37      Enhanced Recovery Corp,
              8014 Bayberry,    Jacksonville, FL 32256-7412
19909351    +E-mail/Text: bknoticing@grantweber.com Sep 20 2013 00:39:31      Grant & Weber,
              26575 W. Agoura Rd.,    Calabasas, CA 91302-2975
19909352    +E-mail/Text: bknoticing@grantweber.com Sep 20 2013 00:39:31      Grant & Weber,
              861 Coronado Center Dr S,    Henderson, NV 89052-3992
19909353    +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 20 2013 00:39:56      Osi Collect,
              507 Prudential Rd.,    Horsham, PA 19044-2308
19909357    +E-mail/PDF: pa_dc_claims@salliemae.com Sep 20 2013 00:41:10      Sallie Mae,    PO Box 9500,
              Wilkes-Barre, PA 18773-9500
20682226    +E-mail/PDF: pa_dc_claims@salliemae.com Sep 20 2013 00:42:57      Sallie Mae,    c/o Sallie Mae Inc,
              220 Lasley Ave,    Wilkes Barre Pa 18706-1496
19909358    +E-mail/PDF: pa_dc_claims@salliemae.com Sep 20 2013 00:42:17      Sallie Mae,
              Attn: Claims Department PO Box 9500,    Wilkes-Barre, PA 18773-9500
19909360    +E-mail/Text: vci.bkcy@vwcredit.com Sep 20 2013 00:37:31      Vw Credit Inc,    1401 Franklin Blvd,
              Libertyville, IL 60048-4460
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19909345*    +Chela/sallie Mae,    PO Box 9500,   Wilkes-Barre, PA 18773-9500
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2013 at the address(es) listed below:
          Allan J DeMars    alland1023@aol.com
          Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
          Gilberto R Rivera    on behalf of Debtor Carlos A Jove gil_rivera@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```